**GARY P. BURCHAM**
**California State Bar Number 190780**
**964 Fifth Avenue, Suite 300**
**San Diego, CA 92101**
**Telephone: (619) 699-5930**
____Retained  X__Appointed

## IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE:    Honorable Anthony J. Battaglia

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 11CR5772-AJB |
| )  Appellee-Plaintiff, ) | |
| ) | **NOTICE OF APPEAL** |
| v.                                              ) | |
| ) | |
| SERVANDO ORTUNO-GARCIA, ) | |
| ) | |
|     Appellant-Defendant.         ) | |

Notice is hereby given that the above-named Defendant hereby appeals to the United States Court of Appeals for the Ninth Circuit from the:

(X) final judgment (F. R. Crim. P. 32(b))

( ) sentence only (18 U.S.C. § 3742) Sentence imposed

( ) order (describe)_____

entered in this proceeding on the 22nd  day of  February, 2013.

If government appeal: Was the filing of this appeal approved in accordance with 18 U.S.C. § 3742(b)(4)?
__ Yes __ No ___

DATED:  2/25/2013         /s/  Gary P. Burcham
                          GARY P. BURCHAM, Attorney for Defendant

Transcripts Required** X Yes __No  Date Ordered or to be ordered 3/15/13
Date: (X) Indictment  (X) Information       Filed 12/212011
Bail Status_____ Custody_____
Will there be a request to expedite the appeal and set a schedule faster than that normally set? __Yes X No
(Note: This does not alleviate requirement of FRAP 27-12 a motion to expedite which must be done in accordance with FRAP 27).

_____

*Pursuant to Fed. R. Crim. P. 32(a)(2) the defendant may request the clerk to prepare and file the Notice of Appeal.
**If transcript required, transcript order form (CA9-036 must be completed and court reporter contacted to make arrangements for transcription.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | U.S.D.C. No. 11CR5772-AJB |
| | ) | |
| Plaintiff-Appellee, | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| **SERVANDO ORTUNO-GARCIA,** | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, GARY P. BURCHAM, am a citizen of the United States and am at least eighteen years of age. My business address is 964 Fifth Avenue, Suite 300, San Diego, CA 92101.

I am not a party to the above-entitled action. I have caused service of Defendant's' Notice of Appeal on the following party or parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies him/her.

Lara Stingley, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 25, 2013

                                                                              s/ Gary P. Burcham
                                                                              GARY P. BURCHAM